NEW-YORK,
May, 1808.

Carmer
v.
Weeks.

## Carmer *against* Weeks and Tompkins, *bail* of Stagg.

There need not be *eight* days between the *teste* and return of a *ca. sa.* to charge bail, where the proceedings are not by original writ.

J. STRONG moved to set aside the proceedings against the defendants in this cause, for irregularity. He read an affidavit stating, that the judgment in the original cause was entered on the 6th day of *February* last, that a *ca. sa.* was issued on the same day, tested the 4th day of *February*, which was the 4th day of the term, and returnable on the 11th. On the 12th of *February* the *ca. sa.* was returned *non est inventus*. It did not appear how long it had lain in the sheriff's office. A *capias ad respondendum* against the defendants, as bail, was served on the 13th of *February*, (the last day of the term) in the afternoon, after the clerk's office was shut, so that the principal could not be surrendered on that day. The proceedings were afterwards stayed by an order of a judge, until the second *Monday* of this term.

* *Rev. Laws,*
v. 1. p. 200.
§ 6.

The counsel contended, that by the act concerning writs of error, &c.* in all proceedings by original, there must be 15 days between the *teste* and return of the *ca. sa.* or if the proceedings are by bill, according to the *English* practice, there should be 8 days between the *teste* and return. He cited 1 *Sell. Prac.* 550. *Salk.* 601, 602. *Ld. Raym.* 1177. 1 *Black. Rep.* 74.

† 3 *Caines*, 322.

D. B. *Ogden*, contra. This point was expressly decided in the case of *Cook* and others v. *Campbell & Lorraine.*†

KENT, Ch. J. Though the court in that case intimated the opinion stated, yet it was reconsidered on a further argument the next day, and the point was not finally decided. The question is still open.

*Ogden*. The only question is whether the *English* rule of practice as to 15 or 8 days between the *teste* and return of a *ca. sa.* to charge bail, is to be adopted. In the present case the proceedings were by bill.

*Per Curiam.* There is no rule of practice established in this court, requiring eight days between the *teste* and return of a *ca. sa.* nor do we see any reason which should render such a rule necessary.

Rule refused.